```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13630
   ANTHONY B WILLIAMSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4670


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/23/2006 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED         112.31            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         352.60            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         348.11            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1251.40            .00            .00
CDA PONTIAC               UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        5940.00            .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00            .00
DEBT RECOVERY SOLUTION    UNSECURED        1381.90            .00            .00
FINE AUTO                 UNSECURED       NOT FILED           .00            .00
MEDICAL                   UNSECURED       NOT FILED           .00            .00
MEDICAL                   UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL             FILED LATE        225.17            .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED           .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED           .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED           .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED       NOT FILED           .00            .00
STATE FARM INSURANCE      UNSECURED       NOT FILED           .00            .00
UNITED COLLECTIONS        UNSECURED         187.00            .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED         955.66            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         240.64            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         716.32            .00            .00
CHANDRA L FRANKLIN        NOTICE ONLY     NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,343.00                      1,029.80
TOM VAUGHN                TRUSTEE                                           70.20
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13630 ANTHONY B WILLIAMSON
```

```
---------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE              1,100.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                            1,029.80
TRUSTEE COMPENSATION                         70.20
DEBTOR REFUND                                  .00
                    ---------------    ---------------
TOTALS               1,100.00             1,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 05/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 06 B 13630 ANTHONY B WILLIAMSON